# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **BURLEY LICENSING LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>Defendant | **Case No. 6:22-cv-01033**<br><br>**JURY TRIAL DEMANDED**<br><br>**RELATED CASE** |

## NOTICE OF RELATED CASES

This case is related to the following cases:

- *Burley Licensing LLC v. Micro-Star Int'l Co. Ltd.*, Case No. 6:22-cv-00862-ADA (Albright, J.)

- *Burley Licensing LLC v. Walmart, Inc. et al.*, Case No. 6:22-cv-00863-ADA (Albright, J.)

Dated: October 5, 2022

Respectfully Submitted

*/s/ Zachary H. Ellis*
Zachary H. Ellis
Texas State Bar No. 24122606
zellis@daignaultiyer.com
Tel: 512-829-7992

**DAIGNAULT IYER LLP**
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182

**ATTORNEYS FOR PLAINTIFF**

1